UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

                Plaintiff,

    v.

FPI MANAGEMENT INC. et al.,

                Defendants.

Case No. C22-0336-JLR

MINUTE ORDER

        The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

        Plaintiff applied to proceed *in forma pauperis* (IFP). Dkt. 1. He indicates he is unemployed and has no income or cash resources, but also that he incurs consistent monthly expenses. Based off this information, the Court is unable to assess Plaintiff's IFP request. Plaintiff must provide more information regarding his financial status, including how he is able to meet his basic monthly expenses with no means of support. Plaintiff must also provide a civil cover sheet in accordance with the Clerk of Court's Notice of Filing Deficiency. *See* Dkt. 3.

MINUTE ORDER - 1

Plaintiff is directed to submit both his revised IFP application and civil cover sheet within **thirty (30) days** of this Minute Order.  Failure to do so may result in denial of his application and/or dismissal of this matter.

Dated this 25th day of March, 2022.

Ravi Subramanian  
Clerk of Court

By: s/Stefanie Prather  
Deputy Clerk

MINUTE ORDER - 2