UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

                Plaintiff,

    v.

FPI MANAGEMENT INC. et al.,

                Defendants.

Case No. C22-0336-JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

On March 21, 2022, Plaintiff applied to proceed *in forma pauperis* (IFP), but failed to submit a civil cover sheet at the time of filing. Dkt. 1; Dkt. 3. On March 25, 2022, the Court issued a Minute Order requesting more information on Plaintiff's financial status and directing Plaintiff to submit (1) a revised IFP application, and (2) a civil cover sheet within 30 days. Dkt. 4. On March 31, 2022, Plaintiff submitted a civil cover sheet, Dkt. 5, and subsequently submitted a Reply to the Court's Minute Order, Dkt. 6. Plaintiff did not submit a revised IFP application; however, Plaintiff's Reply provides additional information pertaining to Plaintiff's financial status. *Id.* at 1–2. The Court therefore considers this information when assessing Plaintiff's IFP application.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

In doing so, the Court finds that because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 27th day of April, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2