UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY JAMES,<br><br>           Plaintiff,<br><br>  v.<br><br>FPI MANAGEMENT, INC., et al.,<br><br>           Defendants. | CASE NO. C22-0336JLR<br><br>ORDER |

On May 11, 2022, the court entered an order dismissing Plaintiff Henry James's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) because he failed to state a cognizable claim for relief. (5/11/22 Order (Dkt. # 10).) The court dismissed his claims against the Judicial Defendants[1] and his Fifth and Eighth Amendment Section 1983 official and

//

//

---

[1] The court refers to Judge Sean P. O'Donnell, Judge Arthur R. Chapman, Judge Annette M. Messitt, and Chief Judge Ricardo S. Martinez as the "Judicial Defendants."

ORDER - 1

individual capacity claims against the FPI,[2] Seattle,[3] and King County[4] Defendants with prejudice and without leave to amend. (*Id.* at 19-20.) The court further dismissed his First, Fourth, and Fourteenth Amendment Section 1983 official and individual capacity claims against the FPI, Seattle, and King County Defendants without prejudice and with leave to amend. (*Id.*) The court granted Mr. James 14 days following the date of that order to "file an amended complaint as to the First, Fourth, and Fourteenth Amendment official and individual capacity claims against the FPI, Seattle, and King County Defendants" that corrected the deficiencies noted in the court's May 11, 2022 order. (*Id.*) The court warned Mr. James that failure to timely comply with the court's May 11, 2022 order would result in dismissal of his remaining claims "with prejudice and without leave to amend." (*Id.* at 20.) More than 14 days have passed since the court filed its order of dismissal, and Mr. James has failed to file an amended complaint or any other submission in response to the court's May 11, 2022 order. (*See generally* Dkt.) Accordingly, the court DISMISSES his complaint (Dkts. ## 8, 8-1) WITH PREJUDICE. The Clerk is DIRECTED to send a copy of this order to Mr. James and to close this case.

//

//

---

[2] The court refers to FPI and its employees, Cindy Hager, Kristopher Williamson, Mirza Hadjaravic, Kristopher Dillard, Teresa Lara Zillen, Marlon Robbinson, Kerra Lampman-Warnke, and Mehrdad Rahimzadeh, as the "FPI Defendants."

[3] The court refers to Brannden Francisco, Amanda Martinez, Shandy D. Cobane, Ron Cielo, and Ron Jenkins as the "Seattle Defendants."

[4] The court refers to G. Karlsson, Brien O'Farrell, Dan Satterberg, and Jennifer Turner as the "King County Defendants."

1  Dated this 27th day of May, 2022.

2

3  _____

4  JAMES L. ROBART
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3